UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON M. PERREIRA,

Petitioner,

v.

JANON CAVAGNOLO,

Respondent.

No.  2:24-cv-3176-DAD-EFB (HC)

ORDER

Petitioner requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time, ECF No. 13, is granted nunc pro tunc; and

2. The traverse filed on March 18, 2026 (ECF No. 14) is accepted as timely.

DATED: March 24, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1